**ATTORNEY GRIEVANCE COMMISSION**      \*      **IN THE**
**OF MARYLAND**

                                   \*      **COURT OF APPEALS**

                                   \*      **OF MARYLAND**

**v.**

                                   \*      **Misc. Docket AG No. 16**
                                             **September Term, 2020**

**JONATHAN STEVEN RESNICK,**         \*
**PERRY ANDREW RESNICK, and**
**LOUIS J. GLICK**                        \*      **(No. C-03-CV-20-002490,**
                                       **Circuit Court for Baltimore**
                                       **County)**

## O R D E R

Upon Consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Jonathan Steven Resnick, pursuant to Maryland Rule 19-736, in the above-captioned case, it is this 11th day of March, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jonathan Steven Resnick, be disbarred from the practice of law in the State of Maryland, effective immediately, for violations of Maryland Rules 19-301.15 (safekeeping property), 19-308.1 (bar admission and disciplinary matters), 19-308.4 (misconduct), 19-407 (attorney trust account record-keeping), and 19-410 (prohibited transactions); and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jonathan Steven Resnick from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761; and it is further

**ORDERED**, that judgment is hereby entered in favor of the Attorney Grievance Commission of Maryland against Jonathan Steven Resnick in the amount of $2,149.31; and it is further

**ORDERED**, that the Court's transmittal Order of June 12, 2020 remains in effect with respect to the charges set forth in the Petition for Disciplinary or Remedial Action against Louis J. Glick

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk